473 (1986). As we have already demonstrated, there was no coercive police activity in eliciting these statements; thus, Moody's due process challenge fails as well.

 Finally, Moody's argument that there was no probable cause for the government to initiate the prison surveillance is wholly without merit. Judge Freeman knew from the government's previous surveillance of Moody at his home that he frequently talked to himself. Judge Freeman certainly had a substantial basis upon which to conclude that there was probable cause to issue the warrant.

### VI.

Moody received a fair and impartial trial before an able and experienced district judge. He was represented at that trial and on these appeals by very competent and diligent counsel.

For the aforementioned reasons, we affirm all of Moody's convictions.

AFFIRMED.

James E. Wilson, U.S. Atty., Charles R. Niven, Asst. U.S. Atty., Montgomery, Ala., for plaintiff-appellee.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bennie Dean HERRING, Billy Clyde Herring, Ronald Mills, and Dee Dee Bell, Defendants–Appellants.**

No. 90–7280.

United States Court of Appeals, Eleventh Circuit.

Nov. 3, 1992.

W. Terry Travis, George Beck, Dennis R. Pierson, Montgomery, Ala., for defendants-appellants.

**BELLSOUTH ADVERTISING & PUBLISHING CORPORATION, Plaintiff– Counterclaim Defendant–Appellee,**

v.

**DONNELLY INFORMATION PUBLISHING, INC. and the Reuben H. Donnelly Corp., Defendants–Counterclaim Plaintiffs–Appellants,**

**Bellsouth Corporation, et al., Counterclaim Defendants.**

No. 89–5131.

United States Court of Appeals, Eleventh Circuit.

Nov. 4, 1992.

Douglas C. Broeker, Michael J. Cappucio, Fowler, White, Burnett, Hurley, Banick &

---

* Senior U.S. Circuit Judge Thomas a Clark has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).